IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| NATIONAL PUBLIC SERVICES CORP., | CASE NO. 1:07-cv-2400 |
| Plaintiff, | JUDGE BOYKO |
| v. | |
| FEDCAR COMPANY, LTD, *et al.,* | |
| Defendants. | |

### STIPULATED DISMISSAL ENTRY

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff and Defendants, by their respective counsel, hereby stipulate to the dismissal of this action, **with prejudice**. Each party is to bear its own costs and fees.

| | |
|---|---|
| /s/ Daniel L. Bell (by consent)<br>Daniel L. Bell (0046879)<br>Christopher F. Cariño (0079445)<br>**BROUSE McDOWELL**<br>388 South Main St.<br>Suite 500<br>Akron, Ohio 44311-4407<br>Phone: (330) 535-5711<br>Fax: (330) 253-8601<br><br>*Counsel for Defendants* | /s/ Thomas G. Kovach<br>Thomas G. Kovach (0047213)<br>**KOVACH & FARLING CO., LPA**<br>925 Leader Building<br>526 Superior Avenue, East<br>Cleveland, Ohio 44114<br>Phone: (216) 357-3301<br>Fax: (216) 357-3304<br><br>*Counsel for Plaintiff* |

It is so ordered.

*/s/ Christopher A. Boyko*

**Judge Christopher A. Boyko**
**United States District Court**

**FILED**

FEB 2 2 2008

CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND